UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT VANGEL,
    Plaintiff,

v().    C.A. No. 15-43L

LINDA AUL, et al.,
    Defendants.

## O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated June 19, 2015, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).  The Report and Recommendation provided leave for Plaintiff to file an Amended Complaint, and he did so on July 6, 2015.  The Amended Complaint renames as Defendants Linda Aul, William Begones and Michael B. Grant, who were named in Plaintiff's initial complaint, but dismissed on February 18, 2015.  These Defendants, as well as Defendant Ashbel T. Wall, in his official and individual capacity as Director of the Rhode Island Department of Corrections, shall have until October 30, 2015, to respond to the Amended Complaint.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
9/17/15